WEINBERG, ROGER & ROSENFELD

ASHLEY K. IKEDA   2955-0
LORI K. AQUINO    3815-0
Alii Place, Suite 1602
1099 Alakea Street
Honolulu, Hawaii  96813
Telephone No.:  (808) 528-8880
Facsimile No.:  (808) 528-8881
e-mail:  aikeda@unioncounsel.net

Attorneys for Plaintiffs
TRUSTEES OF THE ROOFERS UNION
LOCAL 221 TRUST FUNDS

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 2 2006

at 10 o'clock and 50 min. A M
SUE BEITIA, CLERK

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| **TRUSTEES OF THE ROOFERS UNION LOCAL 221 TRUST FUNDS, etc.,**<br><br>        Plaintiffs,<br><br>    vs.<br><br>**HAWPE CONSTRUCTION INC., a Colorado corporation; MARILYN HAWPE; and RONALD HAWPE,**<br><br>        Defendants. | CIVIL NO. 04-00543 SOM KSC<br><br>SATISFACTION OF DEFAULT JUDGMENT AGAINST DEFENDANTS HAWPE CONSTRUCTION, INC., a Colorado corporation; MARILYN HAWPE; and RONALD HAWPE |

(100123)SDJ-3.24.06

### SATISFACTION OF DEFAULT JUDGMENT
### AGAINST DEFENDANTS HAWPE CONSTRUCTION, INC.,
### a Colorado corporation; MARILYN HAWPE; and RONALD HAWPE

Come now Plaintiffs TRUSTEES OF THE ROOFERS

UNION LOCAL 221 TRUST FUNDS, by and through their

1

attorneys, WEINBERG, ROGER & ROSENELD, and hereby release their Default Judgment against Defendants HAWPE CONSTRUCTION, INC., a Colorado corporation; MARILYN HAWPE; and RONALD HAWPE, entered herein on August 9, 2005 and recorded in the Bureau of Conveyances, State of Hawaii on August 12, 2005 as Document No. 2005-160547.

This Satisfaction Of Default Judgment affects and discharges the Default Judgment entered herein on August 9, 2005 and recorded in the Bureau of Conveyances, State of Hawaii on August 12, 2005 as Document No. 2005-160547.

DATED: Honolulu, Hawaii, March 22, 2006.

WEINBERG, ROGER & ROSENFELD

By _____
ASHLEY K. IKEDA
LORI K. AQUINO
Attorneys for Plaintiffs
TRUSTEES OF THE ROOFERS
UNION LOCAL 221 TRUST FUNDS

2